Christian Feigenspan, a Corporation, Appellant, v. Max Strzelewicz, also Known as Ksmiesz Strzelewicz, Respondent, Impleaded with Consumers' Brewery of Buffalo.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Spring, J., not sitting.

Mary J. Snell, Appellant, v. Syracuse, Lake Shore and Northern Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. The City of Rochester and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lee J. Shoecraft, Respondent, v. The Locke Insulator Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that plaintiff as matter of law assumed the risk, which was obvious, and which he voluntarily assumed, this being an action at common law.

Clara P. Brown, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the damages are excessive.

Harry R. Anness, Respondent, v. Rochester Railway Company, Appellant.— Order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

Archibald C. Worth and Walter Martin, Appellants, v. George W. Bennett and Samuel R. Mason, Respondents.—Judgment and order affirmed, with costs. All concurred.

Archibald C. Worth and Walter Martin, Appellants, v. Charles C. Young and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

George R. Teller, Appellant, v. Harlow C. Curtiss, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mariano Fricano, Respondent, v. Columbia National Bank of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elizabeth Briscoe, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Anderson Crowforth, Respondent, to Review the Action of George McDonald and Others, Constituting the Republican Board of Primary Election Inspectors of the First Primary District of the Third Ward of the City of Lockport, Appellants, in Counting the Votes Cast at a Primary Election Held in Said District on the 31st Day of March, 1908. Eugene M. Ashley and Others, Delegates, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frank E. Rupert, as Trustee in Bankruptcy of the Estate of Torrey Park Preserving Company, Respondent, v. Stephen E. Comstock and George A. Burnham, Composing the Firm of S. E. Comstock & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Evelyn Naylor, Respondent, v. James Oliver Naylor, Defendant. W. Martin Jones, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.